**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LARRY DIOR COOK,

     Plaintiff,

-vs-                                  Case No.  8:05-CV-337-T-30MSS

PASCO  COUNTY  BOARD  OF  COUNTY
COMMISSIONERS, et al.,

     Defendant.

_____/

## ORDER

This cause is before the Court upon notification that the Clerk has received a letter from Plaintiff.  Plaintiff's complaint was filed on February 22, 2005.  Because Plaintiff is not proceeding *in forma pauperis*, he was responsible for service of the complaint on the Defendants.  On February 25, 2005, this action was designated as a Track One  Case (Dkt. 2).  *See* Local Rule 3.05.

In his letter, Plaintiff is effectively requesting that the Clerk provide him legal advice. These proceedings are conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court, Middle District of Florida (2004).[1] Plaintiff should conduct himself accordingly.

Plaintiff is cautioned that the Clerk is not in a position to give legal advice to civil litigants, no matter how interesting or deserving the problem might be. Moreover, even

---

[1]Plaintiff is cautioned that he is required to comply with the rules governing proceedings in this court. Failure to do so could result in sanctions, including dismissal of his claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, Plaintiff must also provide a self-addressed envelope with $3.95 postage affixed thereto.  The Local Rules measure 8 1/2" x 11" x 1/2".  A copy of the Local Rules may be found in the Prison Law Library.  They may also be found in Florida Rules of Court available from West Group, 620 Opperman Drive, St.  Paul, Minnesota  55164. This book may also be available in the Prison Law Library.

though they give some leniency to *pro se* litigants, the courts will not act as a plaintiff's *de facto* attorney. *See GJR Investments, Inc. v. County of Escambia, Fla.*, 132 F.3d 1359, 1368 (11th Cir. 1998). The court's role in civil rights cases is to hear and determine alleged constitutional deprivations.   Plaintiff may use the institution's law library or seek the assistance of a trained legal assistant.  *See Bounds v. Smith*, 430 U.S. 817 (1977).

Plaintiff should not correspond with the Clerk or the Court in letter form.  Instead, requests by Plaintiff should be filed in a pleading or motion with a title. Plaintiff should not attempt to correspond directly with a judge or magistrate judge.  Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case. *See* Local Rule 3.01(f) (M.D. Fla.).[2] This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of their judicial duties.  Accordingly, their decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the Clerk's office in accordance with governing rules of procedure. Any correspondence addressed directly to the clerk or a judge will be stricken from this case and disregarded by the Court.

ACCORDINGLY, the Court **ORDERS** that the **Clerk** shall **STRIKE** Plaintiff's letter dated August 9, 2005.

**DONE** and **ORDERED** in Tampa, Florida on August 22, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Pro Se Plaintiff

SA:jsh

---

[2]"All applications to the Court (i) requesting relief in any form, or (ii) citing authorities or presenting argument with respect to any matter awaiting decision, shall be made in writing (except as provided in Rule 7(b) of the Federal Rules of Civil Procedure) in accordance with this rule and in appropriate form pursuant to Rule 1.05; and, unless invited or directed by the presiding judge, shall not be addressed or presented to the Court in the form of a letter or the like.  All pleadings and papers to be filed shall be filed with the Clerk of the Court and not with the judge thereof, except as provided by Rule 1.03(c) of these Rules." Local Rule 3.01(f) (M.D. Fla.).