UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LARRY DIOR COOK,**

    **Plaintiff,**

v.                                 Case No.  8:05-cv-337-T-30MSS

**PASCO COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,,**

    **Defendants.**
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Defendants Bob White, Robert Haugh, Michael Toczylowski, Jr. and Andrew Izrailov's (hereinafter "Defendants") Bill of Costs (Dkt. 35).  Defendants' Bill of Costs is not itemized with sufficient specificity to enable this Court to ascertain if the copying costs listed were costs for  "exemplification and copies of papers necessarily obtained for use in this case."  28 U.S.C. § 1920(4) (2005).  As such, it is ORDERED AND ADJUDGED that Defendants' Bill of Costs is **DENIED WITHOUT PREJUDICE**.

    **DONE** and **ORDERED** in Tampa, Florida on September 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-337  Bill of Costs - denied.frm