UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LARRY DIOR COOK,**

    **Plaintiff,**

v.                                                                    Case No.  8:05-cv-337-T-30MSS

**PASCO COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants Bob White, Robert Haugh, Michael Tocylowski, and Andrew Izrailov's (hereinafter "Defendants") Revised Bill of Costs (Dkt. #39).  In this Court's September 21, 2005 Order denying Defendants' original Bill of Costs (Dkt. #38), Defendants were instructed to submit a Bill of Costs that was detailed with sufficient specificity to enable this Court to ascertain whether the costs were taxable. Defendants' Revised Bill of Costs wholly fails to address the issues discussed in this Court's prior Order, as Defendants have again not provided this Court with sufficient detail to determine whether the copying costs are taxable.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Revised Bill of Costs (Dkt. #39) is **DENIED** with prejudice.

**DONE** and **ORDERED** in Tampa, Florida on October 25, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05cv337- Bill of Costs Denied with Prejudice.wpd